UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re:
**Kristie Lynn Trivette**

Case No. _____

Social Security No.: xxx-xx-1233
Address: 135 Potts Road, Advance, NC 27006

Chapter 13

Debtor.

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee of $313.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the filing fee:
   If this case was filed between the 1st and 15th day of the month:

   $105 on the 1st day of the following month, followed by
   $105 on the 1st day of the next following month, followed by
   $103 on the 1st day of the second following month.

   If this case was filed between the 16th and 31st day of the month:

   $105 on the 15th day of the following month, followed by
   $105 on the 15th day of the next following month, followed by
   $103 on the 15th day of the second following month.

5. I understand the if I fail to pay an installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Dated: 1/6/21

s/ Kristie Lynn Trivette
Kristie Lynn Trivette

## CERTIFICATE OF SERVICE

I, April Ayscue, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all the times hereinafter mentioned was, more than eighteen (18) years of age; and that on the same day that this the Chapter 13 bankruptcy case was filed on behalf of the above-name (debtors), I serviced copies of the foregoing Application To Pay Filing Fee In Installments by automatic electronic noticing, upon the following party:

Kathryn Bringle, Chapter 13 Trustee

<u>and</u> by regular U.S. Mail, postage prepaid upon the following party:

U.S. Bankruptcy Administrator-MDNC, 101 South Edgeworth Street, Greensboro, N.C. 27401

/s/ April Ayscue
April Ayscue